1  ELDON S. EDSON (SBN CA 168896)
   eedson@selmanlaw.com
2  LAURA R. RAMOS (SBN CA 186326)
   lramos@selmanlaw.com
3  SELMAN LEICHENGER EDSON HSU
   NEWMAN & MOORE, LLP
4  10880 Wilshire Blvd., Suite 1200
   Los Angeles, CA 90024
5  Telephone:  310.445.0800

6  Attorneys for Plaintiff and Counter-Defendant,
   CAROLINA CASUALTY INSURANCE COMPANY

7

8              UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA- WESTERN DISTRICT

10

11

12 | CAROLINA CASUALTY              | Case No. 2:23-cv-02674-MEMF (ASx)
   | INSURANCE COMPANY              |
13 |                               | JOINT NOTICE OF SETTLEMENT
   |         Plaintiff,            | AND REQUEST TO TAKE MOTION
14 |                               | TO DISMISS OFF CALENDAR
   |      v.                       |
15 | DE CASTRO, WEST, CHODOROW,    |
   | MENDLER & GLICKFELD, INC.;    |
16 | CONTINENTAL CASUALTY          |
   | COMPANY; FIRST SPECIALTY      |
17 | INSURANCE COMPANY;            |
   | INTERSTATE FIRE AND CASUALTY  |
18 | INSURANCE COMPANY             |
   |                               |
19 |         Defendants.          |
   |                               |
20 | INTERSTATE FIRE AND CASUALTY  |
   | COMPANY,                      |
21 |                               |
   |      Counterclaim Plaintiff, |
22 |                               |
   |      v.                       |
23 |                               |
   | CAROLINA CASUALTY            |
24 | INSURANCE COMPANY             |
   |                               |
25 |      Counterclaim Defendant. |

26  ///

27  ///

28  ///

1

3915 103700 4864-5442-1638 .v1

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT the Parties have reached a settlement in principle of the Complaint and Counterclaim filed in this action.  The Parties are preparing the terms for a formal settlement agreement.  The terms of the settlement agreement will require certain acts which are to take place within the next sixty (60) days.  When the acts set forth in the settlement agreement are complete, the Parties will file a joint Request for Dismissal of this entire action pursuant to Federal Rule of Civil Procedure 41.

Defendant, De Castro West, hereby requests that the Court take its Motion to Dismiss or Stay which is set for a hearing on November 30, 2023, off calendar.

Respectfully Submitted,

DATED: October 17, 2023

**SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE, LLP**

By: /s/ Laura R. Ramos
ELDON S. EDSON
LAURA R. RAMOS
Attorneys for Plaintiff and Counter-Defendant
CAROLINA CASUALTY
INSURANCE COMPANY

Dated:    October 17, 2023

**BARNES & THORNBURG LLP**

By: /s/ Joshua Rosenberg
DAVID E. WOOD
JOSHUA B. ROSENBERG
Attorneys for Defendant
DE CASTRO, WEST, CHODOROW, MENDLER & GLICKFELD, INC.

Selman Leichenger Edson
Hsu Newman & Moore LLP
ATTORNEYS AT LAW

2

3915 103700 4864-5442-1638 .v1

1

2
3    Dated: October 17, 2023

4

5

6

7

8

9

10    DATED: October 17, 2023

11

12

13

14

15

16

17

18    DATED: October 17, 2023

19

20

21

22

23

24

25

26

27

28

MOUND COTTON WOLLAN &
GREENGRASS LLP

By:  /s/_Kenneth Labbate_____
     KENNETH M. LABBATE
     (ADMITTED PRO HAC VICE)
     GARY A. BARRERA
     Attorneys for Defendant,
     CONTINENTAL CASUALTY
     COMPANY


CHARLSTON, REVICH, HARRIS &
HOFFMAN, LLP

By:  /s/_Jeffrey Charlston_____
     JEFFREY A. CHARLSTON
     Attorneys for Defendant,
     SWISS RE CORPORATE
     SOLUTIONS CAPACITY
     INSURANCE CORPORATION,
     f/k/a FIRST SPECIALTY
     INSURANCE CORPORATION


WALKER WILCOX MATOUSEK,
LLP

By:  /s/__Ryan Rodman_____
     RYAN J. RODMAN
     *Admitted Pro Hac Vice*
     Attorneys for Defendant,
     SWISS RE CORPORATE
     SOLUTIONS CAPACITY
     INSURANCE CORPORATION,
     f/k/a FIRST SPECIALTY
     INSURANCE CORPORATION

Selman Leichenger Edson
Hsu Newman & Moore LLP
ATTORNEYS AT LAW

3

3915 103700 4864-5442-1638 .v1



1

2    DATED: October 17, 2023

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Selman Leichenger Edson
Hsu Newman & Moore LLP
ATTORNEYS AT LAW

**DYKEMA GOSSETT PLLC**

By:  /s/      Brent Olson
    CORY L. WEBSTER
    BRENT H. OLSON (ADMITTED
    PRO HAC VICE)
    Attorneys for Defendant and
    Counterclaimant
    INTERSTATE FIRE &
    CASUALTY COMPANY


        I, Laura R. Ramos, as the EFC user and filer of this document, attest that concurrence in the filing of this document has been obtained from all parties.

DATE:  October 17, 2023                    /s/ Laura R. Ramos

4