ELDON S. EDSON (SBN CA 168896)
eedson@selmanlaw.com
LAURA R. RAMOS (SBN CA 186326)
lramos@selmanlaw.com
SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE, LLP
10880 Wilshire Blvd., Suite 1200
Los Angeles, CA 90024
Telephone: 310.445.0800

Attorneys for Plaintiff and Counter-Defendant,
CAROLINA CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA- WESTERN DISTRICT

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>DE CASTRO, WEST, CHODOROW, MENDLER & GLICKFELD, INC.; CONTINENTAL CASUALTY COMPANY; FIRST SPECIALTY INSURANCE COMPANY; INTERSTATE FIRE AND CASUALTY INSURANCE COMPANY<br><br>Defendants.<br><br>INTERSTATE FIRE AND CASUALTY COMPANY,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>CAROLINA CASUALTY INSURANCE COMPANY<br><br>Counterclaim Defendant. | Case No. 2:23-cv-02674-MEMF (ASx)<br><br>STIPULATION OF DISMISSAL UNDER FED. R. CIV PROC. 41(a)(1)(A)(ii) |

1

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Federal Rule Of Civil Procedure 41(a)(1)(A)(ii), under which a Court order is not required for a dismissal, all Parties appearing in this action stipulate to dismiss the complaint and counterclaim in this action with prejudice, with all Parties to bear their attorney's fees, costs, and expenses.

Respectfully Submitted,

DATED: November 28, 2023

**SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE, LLP**

By: /s/ Laura R. Ramos
    ELDON S. EDSON
    LAURA R. RAMOS
Attorneys for Plaintiff and Counter-Defendant
CAROLINA CASUALTY INSURANCE COMPANY

Dated: November 28, 2023

**BARNES & THORNBURG LLP**

By: /s/ Joshua Rosenberg
    DAVID E. WOOD
    JOSHUA B. ROSENBERG
Attorneys for Defendant
DE CASTRO, WEST, CHODOROW, MENDLER & GLICKFELD, INC.

3915 103700 4854-5893-5176 .v1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 28, 2023 | **MOUND COTTON WOLLAN & GREENGRASS LLP** |
| 3 | | By: /s/  Gary Barrera |
| 4 | | KENNETH M. LABBATE (ADMITTED PRO HAC VICE) |
| 5 | | GARY A. BARRERA |
| 6 | | Attorneys for Defendant, CONTINENTAL CASUALTY |
| 7 | | COMPANY |
| 8 | | |
| 9 | DATED: November 28, 2023 | **CHARLSTON, REVICH, HARRIS & HOFFMAN, LLP** |
| 10 | | |
| 11 | | By: /s/Jeffrey A Charlston |
| 12 | | JEFFREY A. CHARLSTON |
| 13 | | Attorneys for Defendant, SWISS RE CORPORATE SOLUTIONS CAPACITY |
| 14 | | INSURANCE CORPORATION, f/k/a FIRST SPECIALTY |
| 15 | | INSURANCE CORPORATION |
| 16 | | |
| 17 | DATED: November 28, 2023 | **WALKER WILCOX MATOUSEK, LLP** |
| 18 | | |
| 19 | | By: /s/  Ryan Rodman |
| | | RYAN J. RODMAN |
| 20 | | *Admitted Pro Hac Vice* |
| 21 | | Attorneys for Defendant, SWISS RE CORPORATE SOLUTIONS CAPACITY |
| 22 | | INSURANCE CORPORATION, f/k/a FIRST SPECIALTY |
| 23 | | INSURANCE CORPORATION |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Selman Leichenger Edson Hsu Newman & Moore LLP
ATTORNEYS AT LAW

3915 103700 4854-5893-5176 .v1

DATED: November 28, 2023

**DYKEMA GOSSETT PLLC**

By: /s/Brent Olson
CORY L. WEBSTER
BRENT H. OLSON (ADMITTED PRO HAC VICE)
Attorneys for Defendant and Counterclaimant
INTERSTATE FIRE & CASUALTY COMPANY

I, Laura R. Ramos, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from all signatories.

DATE: November 28, 2023                      /s/ Laura R. Ramos

Selman Leichenger Edson Hsu Newman & Moore LLP — ATTORNEYS AT LAW

3915 103700 4854-5893-5176 .v1